CURTIS CRAIG v. THE STATE.

No. 1761.   Decided May 8, 1912.

**Aggravated Assault—Recognizance.**

Where the instrument intended for a recognizance was executed after the adjournment of the court, the appeal must be dismissed.

Appeal from the County Court of Sabine.   Tried below before the Hon. T. R. Smith.

Appeal from a conviction of aggravated assault; penalty, a fine of $100 and one month's confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—Some days after the adjournment of court appellant executed a bond which is placed in the record as his recognizance or appeal bond.   The Assistant Attorney-General moves to dismiss the appeal because, in the first place, the instrument is not a recognizance, and, in the second place, it was executed after the adjournment of court.   The statute requires that the recognizance must be entered into in open court.   The motion to dismiss is well taken, and the appeal is dismissed.

                                              *Dismissed.*